or if his death should result directly or indirectly from the intemperate use of intoxicating liquors, the exclusion of evidence by a physician that he had examined the insured shortly before his death and that in his opinion the deceased had died of alcoholism, and of testimony of witnesses who worked with him as to his habits with reference to intoxication, *held* erroneous.

## Lester C. Seawell, Plaintiff in Error, v. Oregon Short Line Railroad Company, Defendant in Error.

### Gen. No. 22,807.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HOSEA W. WELLS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed November 27, 1916.

### Statement of the Case.

Action by Lester C. Seawell, plaintiff, against the Oregon Short Line Railroad Company, defendant. From a judgment entered on a directed verdict for defendant, plaintiff prosecutes a writ of error.

The facts and questions involved in this case appear in volume 192 Appellate Court reports at page 273, where is the opinion of one of the branches of this court when the case was here before. It went to the Supreme Court consolidated with *Looney v. Oregon Short Line R. Co.*, and that court reversed the judgment of the Appellate Court and the Municipal Court and remanded the cause. See 271 Ill., page 538. Upon the second trial in the Municipal Court the jury were directed to bring in a verdict in favor of the defendant.

C. A. BUTLER, for plaintiff in error.

JOHN A. SHEEAN, for defendant in error.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1727*—*when affirmance required.* The direction of a verdict by the trial court after remandment by the Supreme Court, *held* to be in accordance with the decision of that court and to require affirmance by the Appellate Court, as the Supreme Court's decision settled the law of the case.

---

## F. W. Reid, Appellee, v. Frederick W. McKinney, Appellant.

### Gen. No. 22,336.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the March term, 1916. Affirmed. Opinion filed November 27, 1916.

## Statement of the Case.

Action of the first class by F. W. Reid, plaintiff, against Frederick W. McKinney, defendant, in the Municipal Court of Chicago, to recover on a promissory note made by defendant and indorsed to plaintiff. From a judgment for plaintiff, defendant appeals.

CHARLES SCRIBNER EATON, for appellant.

SONNENSCHEIN, BERKSON & FISHELL, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.